In the Matter of the Construction of the Will of JESSIE E. GRANTHAM, Deceased. ESTHER MARGULIES, as Executrix of JESSIE E. GRANTHAM, Deceased, et al., Appellants; CHARLES A. LOTT, as Executor of ETHAL M. LOTT, Deceased, Respondent.

Argued April 15, 1952; decided April 23, 1952.

*David H. Moses, David Coral* and *Robert E. Rew, Jr.,* for Esther Margulies, appellant.

*Lawrence G. Williams* and *Natalie Couch Williams* for Ethal Outwater, appellant.

*Kenneth H. Guild* and *Henry F. Werker* for respondent.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.